IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **KENNETH RAY AINSWORTH** | § | **PETITIONER** |
| | § | |
| **v.** | § | **1:23-cv-54-HSO-LGI** |
| | § | |
| **BURL CAIN** | § | **RESPONDENT** |

## FINAL JUDGMENT

This matter came to be heard on the Report and Recommendation [12] of United States Magistrate Judge LaKeysha Greer Isaac, entered in this case on January 30, 2024, recommending that Petitioner Kenneth Ray Ainsworth's Petition for Writ of Habeas Corpus [4] be dismissed with prejudice as time-barred under 28 U.S.C. § 2244(d). The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [12], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 28th day of February, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE